STATE OF NEW JERSEY v. BETTY JOHNSON.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JEROME HUCKABY.

March 15, 1971. Petition for certification denied.

JEAN SPRICH v. MANHATTAN TRANSIT COMPANY.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL T. FALES.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD COLLINS.

March 15, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN ESRA BERGEN.

March 15, 1971. Petition for certification denied.